[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-13122

Non-Argument Calendar

_____

In Re: ELLINGSWORTH RESIDENTIAL COMMUNITY ASSOCIATION, INC.,

Debtor.

_____

ALICE GUAN,

Plaintiff-Appellant,

*versus*

ELLINGSWORTH RESIDENTIAL COMMUNITY ASSOCIATION, INC.,

Respondent-Appellee.

2                    Opinion of the Court                    23-13122

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:22-cv-00699-WWB

_____

Before ROSENBAUM, NEWSOM, and ABUDU, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Alice Guan, proceeding *pro se*, appeals from the district court's order dismissing for lack of jurisdiction her appeal from a bankruptcy court's order denying her motion for summary judgment. The district court's order is not final and appealable, however, because the bankruptcy court's decision below did not completely resolve all issues pertaining to Guan's claim. *See Mich. State Univ. v. Asbestos Settlement Tr. (In re Celotex Corp.)*, 700 F.3d 1262, 1265 (11th Cir. 2012).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.